853 A.2d 232

## IN THE MATTER OF EDWARD C. DELANEY, AN ATTORNEY AT LAW (ATTORNEY NO. 036381987).

July 27, 2004.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–409, concluding that **EDWARD C. DELANEY** of **KENDALL PARK,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.7(a) (conflict of interest), *RPC* 1.9(a) (conflict of interest), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having determined from its review of the record that by his conduct respondent has violated *RPC* 1.7(a) and *RPC* 8.4(c) and that for his unethical conduct he should be reprimanded;

And good cause appearing;

It is ORDERED that **EDWARD C. DELANEY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.